SEDAT, INC., and Seven Sisters Mining
Co., Inc., Appellants at No. 154,

v.

COMMONWEALTH of Pennsylvania, DE-
PARTMENT OF ENVIRONMENTAL
RESOURCES, Appellant at No. 153.

Supreme Court of Pennsylvania.

Argued Sept. 15, 1997.

Decided Oct. 9, 1997.

Steven Lachman, Dept. of Environmental
Protection, Michael J. Heilman, Pittsburgh,
for Com., Dept. of Environmental Resources.

Harry F. Klodowski, Linda S. Somerville,
Pittsburgh, for Sedat, Inc. & Seven Sisters.

Before FLAHERTY, C.J., and ZAPPALA,
CAPPY, CASTILLE, NIGRO and
NEWMAN, JJ.

### ORDER

PER CURIAM.

Order affirmed.

CAPPY, J., dissents.

MIERS/JOHNSTON PRINTING
CORPORATION,
Petitioner,

v.

BUCKS COUNTY BANK AND TRUST
COMPANY, Respondent.

Supreme Court of Pennsylvania.

Oct. 10, 1997.

Wesley J. Rish, Lock Haven, for Petition-
er.

### ORDER

PER CURIAM.

AND NOW, this 10th day of October, 1997,
we **GRANT** the Petition for Allowance of
Appeal, limited to the issues of (1) whether
counsel's failure to promptly file Petitioner's
Motion for Summary Judgment constituted a
compelling reason for Petitioner's delay in
proceeding and (2) whether the status confer-
ence, at which the trial court scheduled argu-
ment on Petitioner's Motion for Summary
Judgment and scheduled a trial date, pre-
cluded the entry of judgment of non pros.